No. 17–0392/AF. U.S. v. Robert A. Condon. CCA 38765. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue raised by appellate defense counsel:

I. UPON REQUEST BY THE DEFENSE COUNSEL AND UTILIZING A DEFENSE PROPOSED INSTRUCTION, SHOULD THE MILITARY JUDGE HAVE PROVIDED THE MEMBERS WITH AN EXPLANATION OF THE TERM "INCAPABLE"?

And the following issue specified by the Court:

II. WHETHER THE MILITARY JUDGE ERRED IN ADMITTING APPELLANT'S INVOCATION OF HIS RIGHT TO COUNSEL IN HIS AFOSI INTERVIEW AT TRIAL OVER DEFENSE OBJECTION, AND IF SO, WHETHER THAT ERROR WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 17–0231/AR. U.S. v. Torrence A. Robinson. CCA 20140785. On consideration of the motion filed by Protect Our Defenders to file a brief as *amicus curiae* in support of Appellee, it is ordered that said motion is hereby granted.

No. 17–0347/AF. U.S. v. Robert L. Honea III. CCA 38905. Appellant's motion to file a brief and the joint appendix under seal is granted.

